UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY DAVIS,

    Plaintiff,

v.  Case No: 8:16-cv-2079-T-36JSS

PSCU INCORPORATED,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on December 14, 2017 (Doc. 71). In the Report and Recommendation, Magistrate Judge Sneed recommends that the Court grant the parties' Joint Motion for Approval of Settlement and to Dismiss the Complaint with Prejudice (Doc. 70). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On December 28, 2017 Defendant PSCU Incorporated filed a Notice of Non-Objection to Report & Recommendation Approving Settlement (Doc. 72). Plaintiff and the Opt-Ins, Larry Davis, Ca'Non Jones, Noam Kurland, and Lakeisha Moore, have not filed an objection and the time to do so has expired.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 71) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Approval of Settlement and to Dismiss the Complaint with Prejudice (Doc. 70) is **GRANTED.** The settlement agreement (Doc. 70 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. The parties are directed to comply with the terms of the settlement agreement.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** in Tampa, Florida on December 29, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record